No. 90–5582.   HARRIS *v.* GRACE ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–5583.   KING *v.* WHITLEY, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 90–5585.   JARALLAH *v.* PICKETT HOTEL CO., DBA PICKETT SUITE HOTEL, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–5587.   HANLEY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–5588.   ESPINOSA *v.* FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 90–5602.   BELL *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 90–5603.   LONDON *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–5604.   DEMOS *v.* GARDNER ET AL.   C. A. 9th Cir. Certiorari denied.

No. 90–5606.   SCHLICHER *v.* DAVIES, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 90–5608.   WHITNEY *v.* FEDERAL RESERVE BANK ET AL. C. A. 5th Cir.   Certiorari denied.

No. 90–5609.   SMITH *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 90–5614.   COOMBS *v.* N. L. CHEMICALS, INC., ET AL. Sup. Ct. N. J.   Certiorari denied.

No. 90–5617.   FLORES *v.* MINNESOTA.   C. A. 8th Cir.   Certiorari denied.

No. 90–5618.   ABDAL-RAHIM *v.* NEW YORK CITY DEPARTMENT OF HEALTH, BUREAU OF LABORATORIES.   C. A. 2d Cir. Certiorari denied.